UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CATHY M. CLEVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 4:22-CV-126-D-RJ** |
| MARTIN O'MALLEY, Acting Commisoner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 18], ADOPTS the conclusions in the M&R [D.E. 17], GRANTS defendant's motion for judgment on the pleadings [D.E. 13], DENIES plaintiff relief [D.E. 11], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on February 27, 2024, and Copies To:**
| | |
|---|---|
| Russell R. Bowling | (via CM/ECF electronic notification) |
| Natasha T. McKay | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
February 27, 2024  (By) /s/ Nicole Sellers
 Deputy Clerk